**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 18-6850

JOSEPH HARDEN,

Petitioner - Appellant,

v.

B.M. ANTONELLI,

Respondent - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Greenville.  Donald C. Coggins, Jr., District Judge.  (6:18-cv-01057-DCC)

Submitted:  November 29, 2018                     Decided:  December 4, 2018

Before DUNCAN and KEENAN, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Joseph Harden, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joseph Hardin, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief without prejudice on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *Harden v. Antonelli*, No. 6:18-cv-01057-DCC (D.S.C. July 5, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*